**FILED**

MAY -9 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Robert Carlin Burlison, Jr., bar number

097461

**CV 19‑80 121 MISC**

Case No.

**ORDER TO SHOW CAUSE RE
SUSPENSION FROM MEMBERSHIP
IN GOOD STANDING OF THE BAR
OF THE COURT**

TO:  Robert Carlin Burlison, Jr., bar number 097461

The State Bar of California has notified the United States District Court for the Northern District of California that, effective April 5, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before June 17, 2019,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after June 17, 2019 absent further order of this Court.

**IT IS SO ORDERED.**

Dated:    5/7/19

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

*Attorney-discipline_OSC
rev. 11-18*